THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT C. DORIA, Appellant.— Appeal by defendant from a judgment of conviction rendered against him on a jury verdict after trial in the County Court of Franklin County convicting him of the crime of rape in the first degree. The record on appeal fails to disclose whether a psychiatric examination of the defendant had been made and a report thereof submitted to the court prior to the imposition of sentence in accordance with section 2189-a of the Penal Law. (L. 1950, ch. 525, § 23; see, also, § 18.) The legality and propriety of the sentence is a matter subject to review upon this appeal. If a psychiatric examination was made and reported in accordance with the aforesaid statutory provisions the record on appeal should be amended by incorporating the same therein, and in default thereof, or if no such examination and report was had and submitted prior to the imposition of sentence, a reargument should be directed as to the legality of the sentence which was imposed. In default of an amendment of the record on appeal by incorporating therein a psychiatric examination of the defendant and the submission of the report thereof, made and submitted in accordance with the provisions of section 2189-a of the Penal Law, the court of its own motion directs a reargument of the appeal as respects the legality of the sentence at its January, 1953, Term. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part.

■

LEON SHAMPINE, Respondent, v. DERWOOD FLEMING, Doing Business as FLEMING MOTOR SALES, Appellant.— Motion for leave to appeal to the Court of Appeals granted, without costs, in pursuance of paragraph (b) of subdivision 1 of section 589 of the Civil Practice Act. The court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals. Present — Foster, P. J., Heffernan, Bergan, Coon and Halpern, JJ. [See *ante*, p. 558.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. EARL J. BLANCHARD, Individually and as Executor of LUCY BLANCHARD, Deceased, Respondent, et al., Defendants. (Action No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ARTHUR BLANCHARD et al., Defendants, and EARL J. BLANCHARD, Intervener, Respondent. (Action No. 2.) THE PEOPLE OF THE STATE OF NEW YORK Appellant, v. WILLIAM PAYNE et al., Defendants, and EARL J. BLANCHARD, Respondent. (Action No. 3.) — Appeals by plaintiff from a summary judgment entered in Supreme Court, Fulton County, in favor of defendant in Action No. 1, from an order denying plaintiff's cross motion of similar relief and from collateral orders relating thereto. The actions are in ejectment. In Action No. 1, the State claims title to certain Adirondack lands which have been occupied by defendant and his predecessors for many years. Defendant also asserts title. The judgment appealed from recites the facts in detail and recites the long history of this litigation. The record supports the judgment. The orders and judgment are affirmed, with one bill of costs to respondent in Action No. 1. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [See 281 App. Div. 786.]